UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CURTIS C. KERR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:12-cv-380 |
| | ) |
| NOBLE COUNTY SHERIFF, | ) |
| DOUGLAS A. HARP and | ) |
| JOHN/JANE DOE(S) | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

The Court held a telephonic hearing (Docket # 41) on Plaintiff Curtis C. Kerr's Motion to Compel Production of Documents and Answers to Interrogatories filed on September 9, 2013 (Docket # 37). Present for the Plaintiff was Attorney Christopher Myers and present for the Defendants was Attorney Kelly Pautler. Argument on the Motion was heard and concluded.

For the reasons stated on the record, the Court GRANTED IN PART and DENIED IN PART the Motion to Compel and on the Court's own motion established a protective order as follows:

1. Defendant Noble County Sheriff is to respond to Interrogatory No. 4, and in accordance with Request for Production No. 6, produce to Plaintiff copies of inmate request forms and medical records of inmates who from October 7, 2010 to October 7, 2012 were denied narcotics or muscle relaxers, when those narcotics/medical relaxers had been prescribed by a physician for a serious medical condition.

2. Defendant Noble County Sheriff, prior to production of the records, is to redact any information in the records that would tend to identify the inmate to who the record pertains. Each inmate for whom a record is provided is to be identified by

    a number assigned by Defendant prior to production.

 3.  The Interrogatory answer and requested records are to be provided to Plaintiff within thirty days of the date of this Order.

 4.  To obtain identifying information for any inmate for whom a redacted record has been produced, Plaintiff must first petition the Court for an order to release the identifying information.

 5.  Plaintiff's Request for Attorney Fees has been withdrawn.

In summary, Plaintiff's Motion to Compel Production of Documents and Answers to Interrogatories (Docket # 37) is GRANTED IN PART and DENIED IN PART.  Defendants shall produce, subject to the terms of the protective order, the documents and answers to interrogatories ordered herein on or before November 1, 2013.  The Court on its own motion extends the Discovery deadline to December 6, 2013.

 SO ORDERED.

 Entered this 1st day of October, 2013.

                S/ Roger B. Cosbey
                Roger B. Cosbey,
                United States Magistrate Judge